UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

MISC NUMBER: 3:20MC48

FILED
CHARLOTTE, NC

MAR 17 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

## IN RE: RESTRICTIONS ON VISITORS TO COURTHOUSES

The Centers for Disease Control having advised people to take precautions in light of the COVID-19 virus (Coronavirus) outbreak, and noting that the best way to prevent illness is to avoid being exposed to this virus, it is **HEREBY ORDERED**, effective immediately, that the following persons shall not enter any courthouse in the Western District of North Carolina.

- Persons who have been in any of the following countries within the last 14 days:

*IRAN*
*SOUTH KOREA*
*CHINA*
*GERMANY*
*ITALY*
*SPAIN*
*UK*
*IRELAND*

(This list may be updated as further guidance is received.)

- Persons who reside or have had close contact with someone who has been in one of the countries listed above within the last 14 days;
- Persons who have been asked to self-quarantine by any doctor, hospital or health agency;
- Persons who have been diagnosed with, or have had contact with, anyone who has been diagnosed with COVID-19.

**Anyone attempting to enter in violation of this Order will be denied entry by a Court Security Officer.**

If you have a scheduled appointment or you are otherwise required to appear at one of the courthouses in the Western District of North Carolina, and you are unable to appear because of the restrictions listed above do the following:

- If you are represented by an attorney, please contact your attorney;
- If you are an attorney or a pro se party, and you are scheduled to appear in court before a judge, please contact that chambers directly (contact information may be found by calling the Clerk's Office);
- If you are scheduled to meet with a Pretrial Services officer or a Probation Department Officer, please contact the appropriate office or officer;
- If you are a juror, including grand jurors, please contact the Jury Department;
- For District Court matters, please contact the Clerk of District Court;
- For Bankruptcy Court matters, please contact the Clerk of Court for the Bankruptcy Court;
- For any matter not listed here, please call the agency with whom you have business.

These restrictions will remain in place temporarily until it is determined to be safe to remove them. People who think they have been exposed to COVID-19 should contact their healthcare provider immediately.

**SO, ORDERED.** Dated this 17th day of March 2020.

FOR THE COURT
**FRANK D. WHITNEY, CHIEF,
UNITED STATES DISTRICT JUDGE**