FILED
CHARLOTTE, NC
MAR 23 2020
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

MISC NUMBER: 3:20 mc 48

## IN RE: COURT OPERATIONS HOURS DUE TO COVID-19

WHEREAS the President of the United States and the Governor of the State of North Carolina have declared a public health emergency in response to the spread of the COVID-19 virus, and the Centers for Disease Control and Prevention and other public health authorities have advised public and private entities to take precautions in order to reduce the spread of the virus, the United States District Court for the Western District of North Carolina recognizes the need to take measures to effectuate these goals, while also continuing to fulfill its mission and keep both its civil and criminal court functions operating while noting that the best way to prevent illness is to avoid exposed to this virus, it is **HEREBY ORDERED**,

that the Court hereby adopts the following measures to effectuate these goals, effective immediately and until further Order of this Court:

1. The United States Courthouses located within the Western District shall remain open but operating hours shall be reduced to 9:00 am to 3:00pm;

2. The operating hours from 9:00 am to 3:00 pm include the public, the bar and all parties.

3. Any court hearing(s) extending past 3:00 pm will remain in session until conclusion or continuance by the presiding judge.

SO, ORDERED. Dated this 23rd day of March 2020.

FOR THE COURT
FRANK D. WHITNEY, CHIEF,
UNITED STATES DISTRICT JUDGE