# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:20-mc-00048

|   |   |
|---|---|
| IN RE: COVID-19 ADMINISTRATIVE ORDER ENFORCING COURT OPERATIONS FOR PHASE TWO ) ) ) ) ) ) ) | AMENDED ORDER |

**THIS MATTER** is before the Court *sua sponte* to amend the COVID-19 Administrative Order Revising Court Operations for Phase Two ("Phase Two Administrative Order"), which was entered on May 29, 2020 [Doc. 5].

In light of recent developments, paragraph 5 of the Phase Two Administrative Order [Doc. 5] is hereby **AMENDED** to read as follows:

> In Asheville, all jury trials and grand jury sessions shall be conducted in Courtroom 1. All other district court and magistrates court hearings will be conducted, if possible, in Courtroom 1, but if Courtroom 1 is not available then in Courtroom 2 or 3. In Charlotte, all jury trials and grand jury sessions shall be conducted in the Potter Courtroom. Sentencings may be conducted in the Potter Courtroom if it is otherwise available. All other sentencings and all other district court and magistrates court hearings shall be conducted in Courtroom 1-1. Any bankruptcy hearings requiring a courtroom shall be conducted in the bankruptcy courtrooms in Asheville (Courtroom 3) and Charlotte.

**IT IS SO ORDERED.**

Signed: July 1, 2020

Martin Reidinger
Chief United States District Judge