FILED
ASHEVILLE, N.C.
SEP 22 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### DOCKET NO. 3:20-mc-00048

| | |
|---|---|
| IN RE: COVID-19 ADMINISTRATIVE ORDER ENFORCING COURT OPERATIONS FOR PHASE TWO | ) ) ) ) AMENDED ORDER ) ) ) |

**THIS MATTER** is before the Court *sua sponte* to amend the COVID-19 Administrative Order Revising Court Operations for Phase Two ("Phase Two Administrative Order"), which was entered on May 29, 2020 [Doc. 5], as amended [Doc. 7].

In light of further developments, paragraph 5 of the Phase Two Administrative Order [Doc. 5] is hereby **AMENDED** to read as follows:

> In Asheville, all jury trials and grand jury sessions shall be conducted in Courtroom 1. All other district court court hearings will be conducted, if possible, in Courtroom 1, but if Courtroom 1 is not available then in Courtroom 2 or 3. All Magistrate Court in Asheville shall be in Courtroom 2, unless Courtroom 1 is needed and is available. In Charlotte, all jury trials and grand jury sessions shall be conducted in the Potter Courtroom. Sentencings may be conducted in the Potter Courtroom if it is otherwise available. All other sentencings and all other district court and magistrates court hearings shall be conducted in Courtroom 1-1, or in Courtroom 2-2 if no jury trials are in progress. Any bankruptcy hearings requiring a courtroom shall be conducted in the bankruptcy courtrooms in Asheville (Courtroom 3) and Charlotte.

**IT IS SO ORDERED THIS 22nd DAY OF SEPTEMBER 2020.**

Martin Reidinger
Chief U.S. District Judge