UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-mc-00048

| | |
|---|---|
| IN RE COVID-19 ADMINISTRATIVE ORDER – MASK MANDATE | ORDER |

THIS MATTER is before the Court *sua sponte*.

IN recognition that Executive Order 13991, 86 Fed. Reg. 7045, 2021 WL 229392 (Jan. 20, 2021) (E.O. 13991) does NOT apply to courthouses in which the executive branch does not occupy a substantial portion of the building, and recognizing that maintaining adequate security personnel and administrative personnel in the courthouses is crucial to continuing the conduct of the Court's business, IT IS ORDERED that masks are NOT required for entry or being present in any U.S. Federal Courthouse within the Western District of North Carolina. The wearing of masks by the public and all staff working within any of these court facilities is optional.

IT IS SO ORDERED, this 13th day of December 2021.

Martin Reidinger
Chief United States District Judge

FILED
ASHEVILLE, N.C.
DEC 13 2021
U.S. DISTRICT COURT
W. DIST. OF N.C.